FILED
2/20/20 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MICHAEL MCCONNELL<br>LAURA MCCONNELL<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>     vs.<br>  MICHAEL MCCONNELL<br>LAURA MCCONNELL<br><br>      Respondents | Bankruptcy No.15-70084JAD<br><br>Chapter 13<br><br>Related to Doc. No. 77 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>20th</u> day of <u>February</u>, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

>Muellers Auto Recyclilng
>Attn : Payroll Manager
>Mill Run Rd
>Altoona,PA 16601

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL MCCONNELL, social security number XXX-XX-0779. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL MCCONNELL.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael McConnell  
Laura McConnell  
    Debtors

Case No. 15-70084-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Feb 20, 2020  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb        +Michael McConnell,    Laura McConnell,    301 N. 6th Street,    Altoona, PA 16601-5854  
              Mueller's Auto Recycling,    Attn: Payroll Manager,    Mills Run Road,    Altoona, PA  16601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com  
          David M. Axinn    on behalf of Joint Debtor Laura   McConnell notices@AttorneyAxinn.com, d-axinn-11@alumni.uchicago.edu  
          David M. Axinn    on behalf of Debtor Michael   McConnell notices@AttorneyAxinn.com, d-axinn-11@alumni.uchicago.edu  
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                    TOTAL: 7