**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MICHAEL MCCONNELL<br>LAURA MCCONNELL<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>  MICHAEL MCCONNELL<br>LAURA MCCONNELL<br><br>       Respondents | Bankruptcy No.15-70084-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 78 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of February, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> Skills Of Central Pa Inc
> Attn: Payroll Manager
> 805 Chestnut Ave
> Altoona,PA 16601

is hereby ordered to immediately terminate the attachment of the wages of LAURA MCCONNELL, social security number XXX-XX-0718. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LAURA MCCONNELL.

BY THE COURT:

_____
JEFFERY A. DELLER     mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael McConnell  
Laura McConnell  
    Debtors

Case No. 15-70084-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 1      Date Rcvd: Feb 20, 2020  
                  Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb      +Michael McConnell,   Laura McConnell,   301 N. 6th Street,   Altoona, PA 16601-5854  
              +Skills of Central PA Inc.,   Attn: Payroll Manager,   805 Chestnut Avenue,   Altoona, PA 16601-4788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com  
      David M. Axinn   on behalf of Joint Debtor Laura McConnell notices@AttorneyAxinn.com, d-axinn-11@alumni.uchicago.edu  
      David M. Axinn   on behalf of Debtor Michael McConnell notices@AttorneyAxinn.com, d-axinn-11@alumni.uchicago.edu  
      James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      TOTAL: 7