Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael McConnell
Laura McConnell**
Debtor(s)

Bankruptcy Case No.: 15−70084−JAD
Doc. No. 84
Chapter: 13
Docket No.: 85 − 84

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/19/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/29/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/19/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 15-70084-JAD
Michael McConnell                                                   Chapter 13
Laura McConnell
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch                  Page 1 of 2         Date Rcvd: Mar 24, 2020
                              Form ID: 408                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db/jdb         +Michael McConnell,    Laura McConnell,    301 N. 6th Street,    Altoona, PA 16601-5854
13993044       +Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
14057990      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:    Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13993047       +Home Depot,   1676 Osgood Drive,    Altoona, PA 16602-6546
13993048       +Jill Jenkins,    701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
14013309      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:    Nationstar Mortgage, LLC,    P.O. Box 619096,
                Dallas, TX 75261-9741)
13993051       +Office of Regional Counsel,    Social Security Administration,
                300 Spring Garden St., 6th Floor,    Philadelphia, PA 19123-2999
14011999       +Peoples Natural Gas Company LLC,    Attention: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
13993054       +Thd/Cbna,   PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14013982       +E-mail/Text: bncmail@w-legal.com Mar 25 2020 03:51:45      ALTAIR OH XIII, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13998756        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2020 03:55:03
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13993045        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:54:26      Capital One,
                PO Box 85520,    Richmond, VA 23285
13993055        E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:55:40      Webbank/Dfs,
                1 Dell Way,    Round Rock, TX 78682
13993046       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 25 2020 03:50:56      First Commonwealth Bank,
                654 Philadelphia St.,    Indiana, PA 15701-3930
13993049       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 03:51:35      Midland Funding,
                8875 Aero Dr. Ste. 200,    San Diego, CA 92123-2255
13993052       +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 03:55:26      One Main Financial,
                PO Box 70912,    Charlotte, NC 28272-0912
14046696        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:55:33
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13993053        E-mail/Text: philadelphia.bnc@ssa.gov Mar 25 2020 03:51:53      Social Security Administration,
                155-10 Jamaica Ave.,    Jamaica, NY 11432
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
13993050      ##+Nation Star Mortgage,    350 Highland Drive,   Lewisville, TX 75067-4488
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                 Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Mar 24, 2020
                              Form ID: 408            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              David M. Axinn    on behalf of Debtor Michael  McConnell notices@AttorneyAxinn.com,
               d-axinn-11@alumni.uchicago.edu
              David M. Axinn    on behalf of Joint Debtor Laura  McConnell notices@AttorneyAxinn.com,
               d-axinn-11@alumni.uchicago.edu
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 7
```