**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL MCCONNELL<br>LAURA MCCONNELL<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-70084 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/10/2015 and confirmed on 3/26/15. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,205.61 |
| Less Refunds to Debtor | 5,251.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,953.73 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,975.00 | |
|   Trustee Fee | 2,355.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,330.85 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 23,291.89 | 0.00 | 23,291.89 |
|     Acct: 4712 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 24,033.23 | 24,033.23 | 0.00 | 24,033.23 |
|     Acct: 4712 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2707 | | | | |
| | | | | 47,325.12 |
| **Priority** | | | | |
|   DAVID M AXINN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL MCCONNELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MUELLERS AUTO RECYCLILNG | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL MCCONNELL | 4,201.88 | 4,201.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID M AXINN ESQ++ | 2,975.00 | 2,975.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 684.87 | 35.01 | 0.00 | 35.01 |
|     Acct: 4860 | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX2336 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERICAN INFOSOURCE LP AGENT - MI | 275.59 | 14.09 | 0.00 | 14.09 |
|     Acct: 7296 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ALTAIR OH XIII LLC | 372.94 | 19.06 | 0.00 | 19.06 |

15-70084 JAD                                                                                                     Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 8621 | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 2,616.92 | 133.78 | 0.00 | 133.78 |
|     Acct: 5952 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 690.05 | 35.28 | 0.00 | 35.28 |
|     Acct: 6204 | | | | |
|   DELL FINANCIAL SERVICES LLC | 1,184.21 | 60.54 | 0.00 | 60.54 |
|     Acct: 1948 | | | | |
| | | | | 297.76 |

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 47,622.88 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 24,033.23 |
| SECURED | 5,824.58 |

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL MCCONNELL
    LAURA MCCONNELL
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-70084 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                    BY THE COURT:

                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-70084-JAD
Michael McConnell                                                       Chapter 13
Laura McConnell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2           Date Rcvd: Mar 24, 2020
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
```
db/jdb         +Michael McConnell,    Laura McConnell,    301 N. 6th Street,    Altoona, PA 16601-5854
13993044       +Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
14057990      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13993047       +Home Depot,    1676 Osgood Drive,    Altoona, PA 16602-6546
13993048       +Jill Jenkins,    701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
14013309      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
13993051       +Office of Regional Counsel,    Social Security Administration,
                 300 Spring Garden St., 6th Floor,    Philadelphia, PA 19123-2999
14011999       +Peoples Natural Gas Company LLC,    Attention: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13993054       +Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14013982       +E-mail/Text: bncmail@w-legal.com Mar 25 2020 03:51:45    ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13998756        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2020 03:54:28
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13993045        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:55:01      Capital One,
                 PO Box 85520,   Richmond, VA 23285
13993055        E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:54:57      Webbank/Dfs,
                 1 Dell Way,   Round Rock, TX 78682
13993046       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 25 2020 03:50:57      First Commonwealth Bank,
                 654 Philadelphia St.,    Indiana, PA 15701-3930
13993049       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 03:51:35    Midland Funding,
                 8875 Aero Dr. Ste. 200,    San Diego, CA 92123-2255
13993052       +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 03:54:46    One Main Financial,
                 PO Box 70912,    Charlotte, NC 28272-0912
14046696        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13993053        E-mail/Text: philadelphia.bnc@ssa.gov Mar 25 2020 03:51:53    Social Security Administration,
                 155-10 Jamaica Ave.,    Jamaica, NY 11432
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13993050      ##+Nation Star Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4488
                                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7                  User: msch                    Page 2 of 2                   Date Rcvd: Mar 24, 2020
                                      Form ID: pdf900               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              David M. Axinn    on behalf of Debtor Michael   McConnell notices@AttorneyAxinn.com,
               d-axinn-11@alumni.uchicago.edu
              David M. Axinn    on behalf of Joint Debtor Laura   McConnell notices@AttorneyAxinn.com,
               d-axinn-11@alumni.uchicago.edu
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```